ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| ECCI-C METAG, JV | ) ASBCA No. 60414 |
| | ) |
| Under Contract No. W5J9JE-10-D-0007 | ) |

APPEARANCE FOR THE APPELLANT:     Ryan Boonstra, Esq.
   Cohen Seglias Pallas Greenhall & Furman PC
   Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:     Michael P. Goodman, Esq.
   Engineer Chief Trial Attorney
   Martin Chu, Esq.
   Engineer Trial Attorney
   U.S. Army Engineer District, Baltimore

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 7, 2023

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60414, Appeal of ECCI-C METAG, JV, rendered in conformance with the Board's Charter.

Dated: September 7, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals